RICHARD F. HARRISON et al., Appellants and Respondents, v. NEW YORK CENTRAL RAILROAD COMPANY et al., Respondents and Appellants.

Argued June 1, 1939; decided July 11, 1939.

*Benjamin E. Shove* for plaintiffs, appellants and respondents.

*H. Duane Bruce* for The New York Central Railroad Company, defendant, respondent and appellant.

*John H. Walrath* for Syracuse Grade Crossing Commission, defendant, respondent and appellant.

*Truman H. Preston* for county of Onondaga, defendant, respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.